**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

Maureen P. Steady, Esquire (MS-6186)
**KURTZMAN | STEADY, LLC**
2 Kings Highway West, Suite 102
Haddonfield, NJ  08033
steady@kurtzmansteady.com
Telephone: (856) 428-1060

Proposed Attorneys for Jay and Michele Gillian,
Debtors-in-Possession

| | |
|---|---|
| In re: | Chapter 11 |
| JAY AND MICHELE GILLIAN, | Case No. 25-22827 |
| Debtors-in-Possession. | Hon. _____, Jr. |
| | Hearing Date: n/a |

Recommended Local Form:          **X** Followed      ☐Modified

### APPLICATION FOR RETENTION OF PROFESSIONAL

1.      The applicants, Jay and Michele Gillian, are the

☐Trustee:          ☐Chap. 7          ☐Chap. 11          ☐Chap. 13.

**X**  Debtors:          **X** Chap. 11          ☐Chap. 13

☐Official Committee of _____

2.      The applicants seek to retain the following professional: Kurtzman | Steady, LLC
        to serve as:

**X** Attorney for:          ☐Trustee                **X** Debtors-in-possession

☐Official Committee of _____

☐Accountant for:          ☐Trustee                ☐Debtor-in-possession

☐Official Committee of _____

☐Other Professional:

☐Realtor        ☐Appraiser    ☐Special Counsel

☐Auctioneer    ☐Other (specify):_____

3.      The employment of the professional is necessary because: of the extensive legal services required in this proceeding.

4.      The professional has been selected because:  The attorney is duly admitted to practice in this court and has particular expertise with regard to bankruptcy, commercial and debtor/creditor matters in cases under the Bankruptcy Code.

5.      The professional services to be rendered are as follows:  General legal representation to the Debtors regarding all phases of the proper administration of the estate, including advising Debtors with respect to their powers and duties as debtors-in-possession; Preparing applications, motions, pleadings, briefs, memoranda and other documents and reports as may be required; Representing Debtors in court; Representing Debtors in its dealings with creditors; Representing Debtors in negotiating, drafting, confirming and consummating a plan of reorganization; Representing Debtors in the investigation of potential causes of action.

6.      The proposed arrangement for compensation is as follows: Attorney has rendered services on behalf of the Debtors regarding debt restructuring and bankruptcy filing. Applicant paid a retainer to attorneys in the amount of $25,000.00, plus $1,738 filing fee on 12/02/25 and the following sums were invoiced and paid from such retainer prior to the petition date: invoice dated 12/01/25 for services rendered from 11/01/25

through 12/01/25 in the amount of $4,823.75 paid on 12/02/25 from retainer; invoice dated 12/03/25 for services rendered from 12/02/25 through 12/03/25 in the amount of $1,359.00 paid on 12/03/25.  Chapter 11 Filing fee in the amount of $1,738 paid on 12/03/25 from retainer.

The balance of the retainer paid on December 2, 2025 in the amount of $18,817.25 is being held in attorneys' trust account pending further order of this Court.

The normal hourly billing rates of the professional, subject to annual adjustment at the beginning of the calendar year, are as follows:

| | |
|---|---|
| Maureen P. Steady, Esquire | $405.00 |
| Jeffrey Kurtzman, Esquire | $495.00 |
| Paralegal Service | $ 75.00 |

7.  To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

**X** None

☐ Describe connection:_____

8.  To the best of the applicant's knowledge, the professional (check all that apply):

**X**  does not hold an adverse interest to the estate.

**X**  does not represent an adverse interest to the estate.

**X**   is a disinterested person under 11 U.S.C. § 101(14).

**X**  does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:  _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  _December 3, 2025_        _/s/ Jay Gillian_____

_/s/ Michele Gillian_____