**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

Maureen P. Steady, Esquire (MS-6186)
**KURTZMAN | STEADY, LLC**
2 Kings Highway West, Suite 102
Haddonfield, NJ  08033
steady@kurtzmansteady.com
Telephone: (856) 428-1060

Proposed Attorneys for Jay and Michele Gillian,
Debtors-in-Possession

| | |
|---|---|
| In re: | Chapter 11 |
| JAY AND MICHELE GILLIAN, | Case No. 25-22827 |
| Debtors-in-Possession. | Hon. _____, Jr. |
| | Hearing Date: n/a |

| Recommended Local Form: | **X** Followed | ☐Modified |
|---|---|---|

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, Maureen P. Steady, Esquire, being of full age, certify as follows:

1.      I am seeking authorization for my firm to be retained as Attorneys for the Debtors-in-Possession.

2.      My professional credentials include: I am admitted to practice law in the State of New Jersey and have concentrated my practice in bankruptcy law.  I have appeared in many contested and uncontested matters before the Bankruptcy Court and have successfully represented debtors, creditors and panel trustees.

3.      I am member of the law firm of:  Kurtzman | Steady, LLC.

4.  The proposed arrangement for compensation is as follows: <u>Attorney has rendered services on behalf of the Debtors regarding debt restructuring and bankruptcy filing. Applicant paid a retainer to attorneys in the amount of $25,000.00, plus $1,738 filing fee on 12/02/25 and the following sums were invoiced and paid from such retainer prior to the petition date: invoice dated 12/01/25 for services rendered from 11/01/25 through 12/01/25 in the amount of $4,823.75 paid on 12/02/25 from retainer; invoice dated 12/03/25 for services rendered from 12/02/25 through 12/03/25 in the amount of $1,359.00 paid on 12/03/25. Chapter 11 Filing fee in the amount of $1,738 paid on 12/03/25 from retainer.</u>

<u>The balance of the retainer paid on December 2, 2025 in the amount of $18,817.25 is being held in attorneys' trust account pending further order of this Court.</u>

<u>The normal hourly billing rates of the professional, subject to annual adjustment at the beginning of the calendar year, are as follows:</u>

Maureen P. Steady, Esquire    $405.00

Jeffrey Kurtzman, Esquire    $495.00

Paralegal Service    $ 75.00

5.  To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

**X** None

☐ Describe connection:_____

6.  To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their

respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

**X** None

Describe Connection: _____

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

**X** do not hold an adverse interest to the estate.

**X** do not represent an adverse interest to the estate.

**X** are disinterested under 11 U.S.C. § 101(14).

**X** do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

8.      If the professional is an auctioneer,

   a.  A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

   ☐ Yes  ☐ No

   b.    My qualifications and previous experience as an auctioneer include: _____

   c.  Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations? ☐ Yes      ☐ No

   If yes, explain: _____

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Date: <u>December 3, 2025</u>

<u>/s/ Maureen P. Steady</u>
Signature of Professional

<u>Maureen P. Steady, Esquire</u>
Name of Professional