**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

Maureen P. Steady, Esquire (MS-6186)
**KURTZMAN | STEADY, LLC**
2 Kings Highway West, Suite 102
Haddonfield, NJ  08033
steady@kurtzmansteady.com
Telephone: (856) 428-1060

Proposed Attorneys for Jay and Michele Gillian,
Debtors-in-Possession

| | |
|---|---|
| In re: | Chapter 11 |
| JAY AND MICHELE GILLIAN, | Case No. 25-22827 |
| Debtors-in-Possession. | Hon. _____, Jr. |
| | Hearing Date: n/a |

Recommended Local Form:        **X** Followed              ☐Modified

**ORDER AUTHORIZING**
**RETENTION OF ATTORNEY FOR TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

In re:          JAY AND MICHELE GILLIAN
Case No.:       Case No. 25-22827

Applicant:      Jay and Michele Gillian

   ☐ Trustee:  ☐ Chap. 7   ☐Chap. 11    ☐Chap. 13.

   **X** Debtor:  **X** Chap. 11   ☐Chap. 13

   ☐Official Committee of _____

Professional:  <u>Kurtzman | Steady, LLC</u>
     Maureen P. Steady, Esquire
     Jeffrey Kurtzman, Esquire
     2 Kings Highway West, Suite 102
     Haddonfield, New Jersey 08033

   **X** Attorney for:

     ☐ Trustee  **X** Debtor

     ☐Official Committee of _____

   ☐Accountant for:

     ☐Trustee  ☐Debtor-in-Possession

     ☐Official Committee of _____

   ☐Other Professional:

     ☐Realtor  ☐Appraiser  ☐Special Counsel  ☐Auctioneer

     ☐Other (specify): _____

  Upon the applicant's request for authorization to retain the professional named above,

  It is hereby ORDERED as follows:

1.  The applicants, Jay and Michele Gillian, are authorized to retain the professional, <u>Kurtzman | Steady, LLC</u> to act as <u>Attorneys for the Debtors-in-Possession</u>.

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.  The effective date of the retention is the date the application was filed with the Court.