**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

Maureen P. Steady, Esquire (MS-6186)
**KURTZMAN | STEADY, LLC**
2 Kings Highway West, Suite 102
Haddonfield, NJ 08033
steady@kurtzmansteady.com
Telephone: (856) 428-1060

Proposed Attorneys for Jay and Michele Gillian,
Debtors-in-Possession

| | |
|---|---|
| In re:<br><br>JAY AND MICHELE GILLIAN,<br><br>                     Debtors-in-Possession. | Chapter 11<br><br>Case No. 25-22827<br><br>Hon. _____, Jr.<br><br>Hearing Date: n/a |

1.      I,  Maureen P. Steady, Esquire:

        **X** represent     the Debtors     in this matter.

        ☐ am the secretary/paralegal for _____, who

        represents _____ in this matter.

        ☐ am the _____ in this case and am representing myself.

2.      On    December 3, 2025   , I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below.

**DEBTORS' APPLICATION FOR RETENTION OF KURTZMAN | STEADY, LLC
AS ATTORNEYS FOR THE DEBTORS**

3.      I certify under penalty of perjury that the above document(s) were sent using the mode of service

indicated.

Date:    December 3, 2025                      */s/ Maureen P. Steady*
                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Atlantic City Electric<br>P.O. Box 17006<br>Wilmington, DE 19850-7006 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Comcast Business<br>676 Island Pond Road<br>Manchester, NH 03109 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jpmcb<br>Attn: Bankruptcy<br>Po Box 15298<br>Monroe, LA 71203 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Knight Capital Funding<br>9 E. Lookerman Street<br>Suite 202-543<br>Dover, DE 19901 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Navitas Credit Corp.<br>111 Executive Center Drive<br>Suite 102<br>Columbia, SC 29210 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| New Jersey American Water<br>P.O. Box 2798<br>Camden, NJ 08101 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Shift 4 Payments<br>2202 North Irving Street<br>Allentown, PA 18109 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| South Jersey Gas<br>P.O. Box 6091<br>Bellmawr, NJ 08099-6091 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| State of New Jersey<br>Dept of the Treasury, Div. of<br>Taxation<br>P.O. Box 046<br>Trenton, NJ 08646-0046 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Territorial Bank of American<br>Samoa<br>P.O. Box 716 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR |

| | | |
|---|---|---|
| Pago Pago, AS 96799 | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| The John F. Mita Trust<br>2501 Seaport Drive<br>Chester, PA 19013 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| The Patricia Gillian Irrevocable Trust<br>and 1st Bank of Sea Isle City<br>2 Gilbert Lane<br>Ocean City, NJ | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Trueaccord C<br>16011 College Blvd<br>Lenexa, KS 66219 | Creditor | ☐ Hand-delivered<br>**X** Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |