# GILLIAN, JAY & MICHELE
## Transactions by Account
### As of December 31, 2025

Case 25-22827-ABA   Doc 22-1   Filed 02/20/26   Entered 02/20/26 12:33:34   Desc December 2025 MOR Attachments Page 1 of 20

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Freestyle Checking 8704 (DIP)** | | | | | | | | | | | 0.00 |
| Deposit | 12/29/2025 | | | | Account Opening... | X | Opening Balance ... | 100.00 | | 100.00 | 100.00 |
| Total Freestyle Checking 8704 (DIP) | | | | | | | | 100.00 | 0.00 | | 100.00 |
| **Ocean First 8692 (DIP)** | | | | | | | | | | | 0.00 |
| Deposit | 12/29/2025 | | | | Deposit | X | Personal Expendit... | 100.00 | | 100.00 | 100.00 |
| Deposit | 12/30/2025 | | | | Deposit | X | Michele Gillian | 2,500.00 | | 2,500.00 | 2,600.00 |
| Total Ocean First 8692 (DIP) | | | | | | | | 2,600.00 | 0.00 | | 2,600.00 |
| **Sturdy Savings 4401** | | | | | | | | | | | 2,625.88 |
| Check | 12/04/2025 | EFT | | Apple | | X | Cell Phone | | 17.04 | -17.04 | 2,608.84 |
| Check | 12/05/2025 | EFT | | American Express | | X | Personal Expendit... | | 96.13 | -96.13 | 2,512.71 |
| Deposit | 12/08/2025 | | | | Deposit | X | Jay Gillian | 1,245.91 | | 1,245.91 | 3,758.62 |
| Check | 12/08/2025 | eft | | Paypal | Fraud- See com... | X | Ask My Accountant | | 36.32 [1] | -36.32 | 3,722.30 |
| Check | 12/08/2025 | EFT | | Paypal | Fraud - See com... | X | Ask My Accountant | | 36.32 | -36.32 | 3,685.98 |
| Check | 12/08/2025 | EFT | | Paypal | Fraud - See com... | X | Ask My Accountant | | 36.32 | -36.32 | 3,649.66 |
| Check | 12/08/2025 | EFT | | American Express | See comment #2 | X | Personal Expendit... | | 551.10 [2] | -551.10 | 3,098.56 |
| Check | 12/10/2025 | EFT | | Apple | | X | Cell Phone | | 10.99 | -10.99 | 3,087.57 |
| Check | 12/10/2025 | EFT | | Apple | | X | Cell Phone | | 83.15 | -83.15 | 3,004.42 |
| Check | 12/11/2025 | 1210 | | Cystic Fibrosis Foundat... | | X | Charitable Contrib... | | 150.00 | -150.00 | 2,854.42 |
| Deposit | 12/15/2025 | | | | Interest | X | Interest Income | 0.01 | | 0.01 | 2,854.43 |
| Check | 12/16/2025 | EFT | | CVS Pharmacy | | X | Prescriptions | | 5.00 | -5.00 | 2,849.43 |
| Check | 12/16/2025 | EFT | | David J Smith MD | Opthamologist | X | Doctor | | 15.00 | -15.00 | 2,834.43 |
| Check | 12/16/2025 | EFT | | Wawa | | X | Gas | | 60.28 | -60.28 | 2,774.15 |
| Check | 12/19/2025 | EFT | | Cash | See comment #3 | X | ATM Withdrawl | | 1,000.00 | -1,000.00 [3] | 1,774.15 |
| Check | 12/22/2025 | EFT | | Cash | See comment #3 | X | ATM Withdrawl | | 500.00 | -500.00 | 1,274.15 |
| Check | 12/23/2025 | EFT | | Wawa | | X | Gas | | 58.60 | -58.60 | 1,215.55 |
| Check | 12/23/2025 | EFT | | Acme | | X | Groceries & Hous... | | 174.40 | -174.40 | 1,041.15 |
| Deposit | 12/24/2025 | | | | Deposit | X | Jay Gillian | 1,245.81 | | 1,245.81 | 2,286.96 |
| Deposit | 12/26/2025 | | | | See comment #1 | X | Ask My Accountant | 217.92 | | 217.92 | 2,504.88 |
| Check | 12/26/2025 | EFT | | Verizon Wireless | | X | Cell Phone | | 154.92 | -154.92 | 2,349.96 |
| Check | 12/26/2025 | EFT | | Verizon Wireless | | X | Cell Phone | | 157.84 | -157.84 | 2,192.12 |
| Check | 12/26/2025 | EFT | | South Jersey Gas | | X | Gas | | 258.47 | -258.47 | 1,933.65 |
| Check | 12/29/2025 | EFT | | CVS Pharmacy | | X | Prescriptions | | 22.38 | -22.38 | 1,911.27 |
| Check | 12/29/2025 | EFT | | Wawa | | X | Gas | | 57.78 | -57.78 | 1,853.49 |
| Check | 12/30/2025 | EFT | | Cash | | X | ATM Withdrawl | | 1,853.50 | -1,853.50 | -0.01 |
| Deposit | 12/30/2025 | | | | Interest | X | Interest Income | 0.01 | | 0.01 | 0.00 |
| Total Sturdy Savings 4401 | | | | | | | | 2,709.66 | 5,335.54 | | 0.00 |
| **Sturdy Savings 7523** | | | | | | | | | | | 1,698.17 |
| Check | 12/03/2025 | EFT | | Open Loop Health | Tele Health Prov... | X | Doctor | | 597.00 | -597.00 | 1,101.17 |
| Check | 12/03/2025 | EFT | | Primo Hoagie | | X | Other | | 16.79 | -16.79 | 1,084.38 |
| Check | 12/08/2025 | EFT | | CVS Pharmacy | | X | Prescriptions | | 20.02 | -20.02 | 1,064.36 |
| Check | 12/09/2025 | EFT | | Cash | | X | ATM Withdrawl | | 100.00 | -100.00 | 964.36 |
| Check | 12/09/2025 | EFT | | Cash | | X | Personal Expendit... | | 140.00 | -140.00 | 824.36 |
| Check | 12/10/2025 | EFT | | Mario's Pizzaria | | X | Other | | 23.46 | -23.46 | 800.90 |
| Check | 12/10/2025 | 150 | | Acme | | X | Groceries & Hous... | | 34.27 | -34.27 | 766.63 |
| Deposit | 12/10/2025 | | | | Deposit | X | Doctor | 597.00 | | 597.00 | 1,363.63 |
| Deposit | 12/10/2025 | | | | Deposit | X | Michele Gillian | 5,338.82 | | 5,338.82 | 6,702.45 |
| Check | 12/11/2025 | EFT | | Cash | | X | ATM Withdrawl | | 60.00 | -60.00 | 6,642.45 |
| Check | 12/15/2025 | EFT | | Wawa | | X | Gas | | 72.34 | -72.34 | 6,570.11 |
| Check | 12/15/2025 | EFT | | Vineyard Vines | | X | Clothing | | 76.80 | -76.80 | 6,493.31 |
| Check | 12/15/2025 | EFT | | Vineyard Vines | | X | Clothing | | 76.80 | -76.80 | 6,416.51 |
| Deposit | 12/15/2025 | | | | Interest | X | Interest Income | 0.02 | | 0.02 | 6,416.53 |
| Check | 12/16/2025 | EFT | | The Reeds at Shelter H... | | X | Hotel | | 158.40 | -158.40 | 6,258.13 |
| Check | 12/17/2025 | EFT | | Hobby Lobby | | X | Personal Expendit... | | 30.68 | -30.68 | 6,227.45 |
| Check | 12/17/2025 | EFT | | Millvoi's Best Tire | | X | Maintenance & R... | | 39.01 | -39.01 | 6,188.44 |
| Check | 12/18/2025 | EFT | | The Reeds at Shelter H... | | X | Hotel | | 15.84 | -15.84 | 6,172.60 |
| Check | 12/18/2025 | EFT | | The Reeds at Shelter H... | | X | Hotel | | 396.64 | -396.64 | 5,775.96 |
| Check | 12/19/2025 | 179 | | Ocean Reef Condomini... | HOA 1st Qtr 2026 | X | HOA Fees | | 1,909.00 | -1,909.00 | 3,866.96 |
| Check | 12/19/2025 | 180 | | Ocean Reef Condomini... | Assessment 1st ... | X | HOA Fees | | 1,500.00 | -1,500.00 | 2,366.96 |
| Check | 12/19/2025 | EFT | | 7th Street Surf Shop | | X | Clothing | | 184.39 | -184.39 | 2,182.57 |
| Check | 12/22/2025 | EFT | | Target | | X | Groceries & Hous... | | 31.77 | -31.77 | 2,150.80 |

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | 12/22/2025 | EFT | | 7th Street Surf Shop | | X | Groceries & Hous... | | 46.50 | -46.50 | 2,104.30 |
| Check | 12/22/2025 | EFT | | Acme | | X | Groceries & Hous... | | 49.42 | -49.42 | 2,054.88 |
| Check | 12/22/2025 | EFT | | Fro Me a Party | | X | Personal Expendit... | | 57.72 | -57.72 | 1,997.16 |
| Check | 12/22/2025 | EFT | | Boyar's Food Market | | X | Groceries & Hous... | | 319.76 | -319.76 | 1,677.40 |
| Check | 12/24/2025 | EFT | | Casel's Marketplace | | X | Groceries & Hous... | | 66.76 | -66.76 | 1,610.64 |
| Check | 12/24/2025 | EFT | | Wawa | | X | Gas | | 100.00 | -100.00 | 1,510.64 |
| Check | 12/29/2025 | EFT | | Acme | | X | Groceries & Hous... | | 9.37 | -9.37 | 1,501.27 |
| Check | 12/29/2025 | 182 | | Bennie's Bread & Italian... | | X | Groceries & Hous... | | 26.83 | -26.83 | 1,474.44 |
| Check | 12/29/2025 | EFT | | Bagliani's Market | | X | Groceries & Hous... | | 135.87 | -135.87 | 1,338.57 |
| Total Sturdy Savings 7523 | | | | | | | | 5,935.84 | 6,295.44 | | 1,338.57 |
| **TOTAL** | | | | | | | | **11,345.50** | **11,630.98** | | **4,038.57** |

Case 25-22827-ABA  Doc 22-1  Filed 02/20/26  Entered 02/20/26 12:33:34  Desc
December 2025 MOR Attachments  Page 2 of 20

1.    These are fraudulent charges related to Paypal. The transactions were reversed and refunded with 12/26/25 deposit of $217.92. The Paypal account is now closed.

2.    American Express Account is now closed.

3.    The 12/19/25 and 12/22/25 ATM withdrawals were for Christmas and living expenses.



506 S. Main Street, P.O. Box 900
Cape May Court House, NJ 08210
*Committed to Personal Service*

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Date: | 12/15/2025 |
| Primary Account: | XXXXXXXXXXXXX7523 |

Temp Return Service Requested





003070 1 AV 0.593   10
MICHELE B GILLIAN
P O BOX 1706
OCEAN CITY NJ 08226-7706

1-SSVB-DDAs-03 20251217
001-002-003070 000125821-1



*Warm Wishes for a Wonderful Holiday Season
from All of Us at Sturdy Savings Bank!*

FDIC

## PREMIER NOW CHECKING ACCOUNT XXXXXXXXXXXXX7523

| TOTAL DAYS IN STATEMENT PERIOD | 11/15/25 THROUGH 12/15/25: | 31 |
|---|---|---|
| (4) Deposits/Credits | $7,093.04 | |
| (34) Checks/Debits | $3,384.57   Statement Date | 12/15/2025 |

| | |
|---|---|
| Previous Balance | $2,708.06 |
| Current Balance | $6,416.53 |

### Deposits and Additions XXXXXXXXXXXXX7523

| DATE | DESCRIPTION | Amount |
|---|---|---|
| 11/21/25 | | $597.00 |
| 12/10/25 | Recur Payment 12/09 IA DES MOINES OPNLP FUTURHEAL SEQ#077945  REFUND | $5,338.82 |
| 12/15/25 | DEPOSIT | $0.02 |
| 12/15/25 | INTEREST | |

### Checks and Withdrawals XXXXXXXXXXXXX7523

| DATE | DESCRIPTION | Amount |
|---|---|---|
| 11/17/25 | | $37.23 |
| 11/18/25 | | $300.00 |
| 11/18/25 | | $3.19 |
| 11/19/25 | | $70.37 |
| 11/20/25 | | $17.05 |
| 11/20/25 | | $85.00 |
| 11/21/25 | | $10.79 |
| 11/24/25 | | $11.86 |

## IMPORTANT INFORMATION

### ERROR RESOLUTION NOTICE

**In Case of Errors or Questions About Your Electronic Transfers**



**STURDY SAVINGS BANK**

*Committed to Personal Service*

MICHELE B GILLIAN
P O BOX 1706
OCEAN CITY NJ 08226

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Date: | 12/15/2025 |
| Primary Account: | XXXXXXXXXXXX7523 |

## Checks and Withdrawals (continued)                                    XXXXXXXXXXXX7523

| DATE | DESCRIPTION | Amount |
|---|---|---|
| 11/24/25 | | $286.93 |
| 11/24/25 | | $120.00 |
| 11/24/25 | | $140.00 |
| 11/25/25 | | $111.00 |
| 11/28/25 | | $24.47 |
| 11/28/25 | | $57.90 |
| 11/28/25 | | $73.00 |
| 11/28/25 | | $182.33 |
| 12/01/25 | | $60.00 |
| 12/01/25 | | $49.94 |
| 12/01/25 | | $76.83 |
| 12/01/25 | | $91.16 |
| 12/01/25 | | $104.00 |
| 12/02/25 | | $74.04 |
| 12/03/25 | Recur Payment 12/02 IA OPENLOOPHEALT OPNLP FUTURHEALSEQ# 015341 | $597.00 |
| 12/03/25 | CHECK # 147 | $180.00 |
| 12/08/25 | Signature POS Debit 12/05 NJ OCEAN CITY PY *PRIMOHOAGIE SEQ# 068429 | $16.79 |
| 12/08/25 | Pinned POS Debit 12/06 NJ OCEAN CITY CVS/PHARMACY #0US SEQ# 035974 | $20.02 |
| 12/09/25 | ATM Withdrawal 12/08 NJ OCEAN CITY 110 34TH ST SEQ#532501 | $100.00 |
| 12/09/25 | CHECK # 150 | $140.00 |
| 12/10/25 | Signature POS Debit 12/09 NJ OCEAN CITY SQ *MARIO'SPIZ A SEQ# 022930 | $23.46 |
| 12/11/25 | Pinned POS Debit 12/11 NJ OCEAN CITY ACME 2649 SEQ#505180 | $34.27 |
| 12/15/25 | ATM Withdrawal 12/15 NJ OCEAN CITY 661 ASBURY AVENUESEQ# 003904 | $60.00 |
| 12/15/25 | Signature POS Debit 12/12 NJ SOMERS POINT WAWA 8324SEQ# 067221 | $72.34 |
| 12/15/25 | Signature POS Debit 12/12 CT 800-892-4982 VINEYARDVINES SEQ# 007527 | $76.80 |
| 12/15/25 | Signature POS Debit 12/12 CT 800-892-4982 VINEYARDVINES SEQ# 021135 | $76.80 |

## Your Checks Sequenced

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/03 | 147 | $180.00 | 11/24 | | | | | |
| | | | 12/09 | 150 | $140.00 | | | |

## Itemization of Overdraft and Returned Item Fees

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

## Interest

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | $2,169.89 | INTEREST EARNED: | $0.02 |
| AVERAGE AVAILABLE BALANCE: | $2,169.89 | DAYS IN PERIOD:11/15/25-12/15/25: | 31 |
| INTEREST PAID THIS PERIOD: | $0.02 | ANNUAL PERCENTAGE YIELD EARNED: | .01% |
| INTEREST PAID 2025: | $1.06 | | |





| Page: | 1 of 4 |
|---|---|
| Statement Date: | 01/15/2026 |
| Primary Account: | XXXXXXXXXXXXX7523 |

*** F I N A L   S T A T E M E N T ***

**STURDY SAVINGS BANK**
*Committed to Personal Service*
506 S. Main Street, P.O. Box 900
Cape May Court House, NJ 08210

Temp Return Service Requested

003041 1 AV 0.593   10
MICHELE B GILLIAN
P O BOX 1706
OCEAN CITY NJ 08226-7706

HOME EQUITY LOANS . . . FOR THE WAY YOU LIVE.
HOME REPAIRS • HOME RENOVATIONS • DEBT CONSOLIDATION
CALL 609-463-5210 • STURDYONLINE.COM
NMLS#410428

Member FDIC

| PREMIER NOW CHECKING ACCOUNT | | XXXXXXXXXXXXX7523 |
|---|---|---|
| TOTAL DAYS IN STATEMENT PERIOD | 12/16/25 THROUGH 01/15/26: | 31 |

| (1) | Deposits/Credits | $.02 | |
|---|---|---|---|
| (25) | Checks/Debits | $6,416.55  Statement Date | 01/15/2026 |

| Previous Balance | $6,416.53 |
|---|---|
| Current Balance | $0.00 |

| Deposits and Additions | | XXXXXXXXXXXXX7523 |
|---|---|---|
| **DATE** | **DESCRIPTION** | **Amount** |
| 01/13/26 | INTEREST | $0.02 |

| Checks and Withdrawals | | | XXXXXXXXXXXXX7523 |
|---|---|---|---|
| **DATE** | **DESCRIPTION** | | **Amount** |
| 12/16/25 | Signature POS Debit 12/15 NJ 609-3680100 THE REEDS ATSH R SEQ# 095694 | | $158.40 |
| 12/17/25 | Pinned POS Debit 12/16 NJ MAYS LANDING HOBBYLOBBY USSEQ# 041704 | | $30.68 |
| 12/17/25 | Signature POS Debit 12/16 NJ OCEAN CITY MILLEVOI BESTT IN SEQ# 051723 | *CHR* | $39.01 |
| 12/18/25 | Signature POS Debit 12/17 NJ STONE HARBOR THE REEDS ATSH R SEQ# 051957 | | $15.84 |
| 12/18/25 | Signature POS Debit 12/17 NJ STONE HARBOR THE REEDS ATSH R SEQ# 054028 | | $396.64 |
| 12/19/25 | Signature POS Debit 12/17 NJ OCEAN CITY 7TH STREETSURF P SEQ# 022674 | | $184.39 |
| 12/22/25 | Pinned POS Debit 12/19 NJ SOMERS POINT TARGET STORE T-US SEQ# 164062 | | $31.77 |
| 12/22/25 | Signature POS Debit 12/19 NJ OCEAN CITY 7TH STREETSURF P SEQ# 025455 | | $46.50 |
| 12/22/25 | Pinned POS Debit 12/19 NJ OCEAN CITY ACME 2649 SEQ#769828 | | $49.42 |



STURDY
SAVINGS BANK
*Committed to Personal Service*

MICHELE B GILLIAN
P O BOX 1706
OCEAN CITY NJ 08226

Page: 3 of 4
Statement Date: 01/15/2026
Primary Account: XXXXXXXXXXXXX7523

## Checks and Withdrawals (continued)

XXXXXXXXXXXXX7523

| DATE | DESCRIPTION | Amount |
|------|-------------|--------|
| 12/22/25 | Pinned POS Debit 12/20 NJ EGG HARBOR TW FRO-ME-A-PARTYUS SEQ# 000283 | $57.72 |
| 12/22/25 | Signature POS Debit 12/20 NJ 609-3991343 BOYARS MARKETA Y SEQ# 017875 | $319.76 |
| 12/22/25 | CHECK # 180 *Assesment* | $1,500.00 |
| 12/22/25 | CHECK # 179 *HOA* | $1,909.00 |
| 12/24/25 | Pinned POS Debit 12/24 NJ MARGATE CITY CASELS'S SEQ#360113 *food* | $66.76 |
| 12/24/25 | Pinned POS Debit 12/24 NJ OCEAN CITY WAWA 728 SEQ#503007 | $100.00 |
| 12/29/25 | Pinned POS Debit 12/28 NJ OCEAN CITY ACME 2649 SEQ#811834 *food* | $9.37 |
| 12/29/25 | Signature POS Debit 12/28 NJ OCEAN CITY TST* BENNIE'SB SEQ# 001590 *Food* | $26.83 |
| 12/29/25 | Pinned POS Debit 12/27 NJ HAMMONTON BAGLIANI'S MARK USSEQ# 611672 | $135.87 |
| 01/02/26 | Pinned POS Debit 12/31 NJ OCEAN CITY ACME 2649 SEQ#859335 | $48.19 |
| 01/05/26 | Signature POS Debit 01/03 NJ OCEAN CITY SQ *BELLA USEQ# 015956 *GIFT* | $60.00 |
| 01/06/26 | Pinned POS Debit 01/05 NJ OCEAN CITY ACME 2649 SEQ#270816 | $56.97 |
| 01/08/26 | Signature POS Debit 01/07 NJ SOMERS POINT WAWA 8324SEQ# 051198 | $79.36 |
| 01/09/26 | Signature POS Debit 01/07 NJ MARGATE CITY VENTURASRESTAU SEQ# 018817 | $41.05 |
| 01/09/26 | Signature POS Debit 01/08 IL 180-0967669 crateandbarrel. SEQ# 045709 | $85.25 |
| 01/13/26 | CLOSING WITHDRAWAL | $967.77 |

## Your Checks Sequenced

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 12/22 | 179 | $1,909.00 | 12/22 | 180 | $1,500.00 | | | |

THE DISCLOSURE PERIOD FOR THIS ACCOUNT IS 12/16/25 THRU 01/12/26.

## Itemization of Overdraft and Returned Item Fees

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE | PREVIOUS YEAR TOTAL |
|------|------|------|------|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 | $.00 |

## Interest

| | | |
|------|------|------|
| AVERAGE LEDGER BALANCE: | $2,274.03 | INTEREST EARNED: $0.02 |
| INTEREST PAID THIS PERIOD: | $0.02 | DAYS IN PERIOD:12/16/25-01/12/26: 28 |
| INTEREST PAID 2026: | $0.02 | ANNUAL PERCENTAGE YIELD EARNED: .01% |
| INTEREST PAID 2025: | $1.06 | |

Page.                4 of 4
Statement Date:      01/15/2026
Primary Account:     XXXXXXXXXXXXX7523



0    3967.77   1/13/2026

179   $1,909.00   12/22/2025



180   $1,500.00   12/22/2025

STURDY SAVINGS BANK
66. ASBURY AVE.
OCEAN CITY, NJ 08226

PAGE:    1
ACCOUNT:          4401   12/15/2025
DOCUMENTS:          6

Jay A Gillian
Michele B Gillian
Po Box 1
Ocean City NJ   08226

15
3
3

=================================================================
                PREMIER NOW CHECKING ACCOUNT     4401
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................... | | | 11/14/25 | 1,024.31 |
| | | | 11/17/25 | 849.44 |
| | | | 11/18/25 | 679.70 |
| | | | 11/18/25 | 229.70 |
| | | | 11/19/25 | 228.71 |
| | | | 11/20/25 | 1,474.63 |
| | | | 11/20/25 | 1,298.63 |
| | | | 11/24/25 | 1,278.68 |
| | | | 11/26/25 | 6,664.48 |
| | | | 11/26/25 | 6,651.70 |
| | | | 12/01/25 | 3,651.70 |
| | | | 12/01/25 | 3,615.38 |
| | | | 12/01/25 | 3,579.06 |
| | | | 12/01/25 | 3,542.74 |
| | | | 12/01/25 | 3,540.79 |
| | | | 12/01/25 | 3,439.98 |
| | | | 12/01/25 | 3,291.98 |
| | | | 12/01/25 | 3,075.88 |
| | | | 12/01/25 | 2,625.88 |
| Recur Payment 12/04 CA CUPERTINO APPLE COM BILL US | | | | |
| SEQ# 872796                    17.04 | | | 12/04/25 | 2,608.84 |

* * * C O N T I N U E D * * *

STURDY SAVINGS BANK
661 ASBURY AVE.
OCEAN CITY, NJ 08226

PAGE:    2
12/15/2025

ACCOUNT:          __4401
DOCUMENTS:          6

Jay A Gillian

============================================================================
            PREMIER NOW CHECKING ACCOUNT     4401
============================================================================
        DESCRIPTION          DEBITS      CREDITS    DATE        BALANCE

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| AMEX EPAYMENT ACH PMT M4458 | 96.13 | | 12/05/25 | 2,512.71 |
| DEPOSIT | | 1,245.91 | 12/08/25 | 3,758.62 |
| Acct Fund 12/07 CA SAN JOSE PAYPAL *LINK SEQ# 787127 | 36.32 ✓ | | 12/08/25 | 3,722.30 |
| Acct Fund 12/07 CA SAN JOSE PAYPAL *LINK SEQ# 787751 | 36.32 ✓ | | 12/08/25 | 3,685.98 |
| Acct Fund 12/07 CA VISA DIRECT PAYPAL *LINK SEQ# 785178 | 36.32 ✓ | | 12/08/25 | 3,649.66 |
| AMEX EPAYMENT ACH PMT M2742 | 551.10 | | 12/08/25 | 3,098.56 |
| Signature POS Debit 12/09 CA 402-935-7733 PP*APPLE.COM /BI SEQ# 090138 | 10.99 | | 12/10/25 | 3,087.57 |
| Recur Payment 12/10 CA 866-712-7753 APPLE.COM/BILL SEQ# 023491 | 83.15 | | 12/11/25 | 3,004.42 |
| INTEREST | | .01 | 12/15/25 | 3,004.43 |
| BALANCE THIS STATEMENT .......................... | | | 12/15/25 | 3,004.43 |

TOTAL DAYS IN STATEMENT PERIOD 11/15/25 THROUGH 12/15/25:          31

TOTAL CREDITS      (4)      7,877.64
TOTAL DEBITS       (24)     5,897.52

============================================================================
            YOUR CHECKS SEQUENCED
============================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 1207 | 450.00 | 11/20 | 1208 | 176.00 | 12/01 | 1209 | 3,000.00 |

- - - - - - - - - I N T E R E S T - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 2,796.71 | INTEREST EARNED: | .01 |
| AVERAGE AVAILABLE BALANCE: | 1,686.89 | DAYS IN PERIOD:11/15/25-12/15/25: | 31 |
| INTEREST PAID THIS PERIOD: | .01 | ANNUAL PERCENTAGE YIELD EARNED: | .01% |
| INTEREST PAID 2025: | .40 | | |

* * * C O N T I N U E D * * *

```
                                                                      PAGE:    3
                                    ACCOUNT:           _4401  12/15/2025
STURDY SAVINGS BANK                 DOCUMENTS:             6
661 ASBURY AVE.
OCEAN CITY, NJ 08226

    Jay A Gillian


=============================================================================
                PREMIER NOW CHECKING ACCOUNT      __4401
=============================================================================

       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

  ***************************************************************************
  *                          |   TOTAL FOR   |      TOTAL            *
  *                          |  THIS PERIOD  |   YEAR TO DATE        *
  *-------------------------------------------------------------------*
  * TOTAL OVERDRAFT FEES:     |       $.00    |      $105.00          *
  *-------------------------------------------------------------------*
  * TOTAL RETURNED ITEM FEES: |       $.00    |        $.00          *
  ***************************************************************************
```





1207    $450.00    11/18/2025          1208    $176.00    11/20/2025



STURDY SAVINGS BANK
661 ASBURY AVE,
OCEAN CITY, NJ 08226

**STURDY SAVINGS BANK**
506 S. Main Street, P.O. Box 900
Cape May Court House, NJ 08210
*Committed to Personal Service*

| Page | 1 of 4 |
| --- | --- |
| Statement Date: | 01/15/2026 |
| Primary Account: | XXXXXXXXXXXX4401 |

**\*\*\* F I N A L   S T A T E M E N T \*\*\***

Temp Return Service Requested

002977 1 AV 0.593   10
JAY A GILLIAN
MICHELE B GILLIAN
PO BOX 1
OCEAN CITY NJ 08226-0001

1-SSVB-DDAs-03 20260120
001-002-002977 000156371-1

HOME EQUITY LOANS . . . FOR THE WAY YOU LIVE.
HOME REPAIRS • HOME RENOVATIONS • DEBT CONSOLIDATION
CALL 609-463-5210 • STURDYONLINE.COM
Member FDIC                NMLS #410428



| PREMIER NOW CHECKING ACCOUNT | | XXXXXXXXXXXXX4401 |
| --- | --- | --- |
| TOTAL DAYS IN STATEMENT PERIOD | 12/16/25 THROUGH 01/15/26: | 31 |

| | | | |
| --- | --- | --- | --- |
| (8) | Deposits/Credits | $1,463.74 | |
| (14) | Checks/Debits | $4,468.17 | Statement Date    01/15/2026 |

| | |
| --- | --- |
| Previous Balance | $3,004.43 |
| Current Balance | $0.00 |

### Deposits and Additions XXXXXXXXXXXXX4401

| DATE | DESCRIPTION | Amount |
| --- | --- | --- |
| | | $1,245.81 |
| 12/24/25 | DEPOSIT | $36.32 |
| 12/26/25 | Provisional Credit 10055 Fraud | $36.32 |
| 12/26/25 | Provisional Credit 10055 Fraud | $36.32 |
| 12/26/25 | Provisional Credit 10055 Fraud | $36.32 |
| 12/26/25 | Provisional Credit 10055 Fraud | $36.32 |
| 12/26/25 | Provisional Credit 10055 Fraud | $36.32 |
| 12/26/25 | Provisional Credit 10055 Fraud | $0.01 |
| 12/30/25 | INTEREST | |

### Checks and Withdrawals XXXXXXXXXXXXX4401

| DATE | DESCRIPTION | Amount |
| --- | --- | --- |
| | | $5.00 |
| 12/16/25 | Pinned POS Debit 12/15 NJ OCEAN CITY CVS/PHARMACY #0US SEQ# 086176 | $15.00 |
| 12/16/25 | Signature POS Debit 12/15 NJ MARMORA DAVID J SMITH MSEQ# 007471 | $60.28 |
| 12/16/25 | Signature POS Debit 12/15 NJ SOMERS POINT WAWA 8324SEQ# 067389 | $1,000.00 |
| 12/19/25 | WITHDRAWAL | $500.00 |
| 12/22/25 | WITHDRAWAL | |



**STURDY SAVINGS BANK**
*Committed to Personal Service*

JAY A GILLIAN
MICHELE B GILLIAN
PO BOX 1
OCEAN CITY NJ 08226

| | |
|---|---|
| Page | 3 of 4 |
| Statement Date: | 01/15/2026 |
| Primary Account: | XXXXXXXXXXXX4401 |

## Checks and Withdrawals (continued)    XXXXXXXXXXXX4401

| DATE | DESCRIPTION | Amount |
|---|---|---|
| 12/23/25 | Signature POS Debit 12/22 NJ SOMERS POINT WAWA 8324SEQ# 076614 | $58.60 |
| 12/23/25 | Pinned POS Debit 12/22 NJ OCEAN CITY ACME 2649 SEQ#048762 | $174.40 |
| 12/26/25 | Signature POS Debit 12/24 GA 800-9220204 VZWRLSS*IVRVB SEQ# 096784 | $154.92 |
| 12/26/25 | Recur Payment 12/24 FL 800-922-0204 VERIZONWRLSS*RT VBSEQ# 083576 | $157.84 |
| 12/26/25 | B2P*SOUTH JERSEY B2P*SOUTH 101600734 | $258.47 |
| 12/26/25 | CHECK # 1210 | $150.00 |
| 12/29/25 | Pinned POS Debit 12/29 NJ OCEAN CITY CVS/PHARMACY #0US SEQ# 187233 | $22.38 |
| 12/29/25 | Signature POS Debit 12/27 NJ SOMERS POINT WAWA 8324SEQ# 002937 | $57.78 |
| 12/30/25 | CLOSING WITHDRAWAL | $1,853.50 |

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/26 | 1210 | $150.00 | | | | | | |

THE DISCLOSURE PERIOD FOR THIS ACCOUNT IS 12/16/25 THRU 12/29/25.

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE | PREVIOUS YEAR TOTAL |
|---|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 | $105.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 | $.00 |

## INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | $2,120.61 | INTEREST EARNED: | $0.01 |
| INTEREST PAID THIS PERIOD: | $0.01 | DAYS IN PERIOD:12/16/25-12/29/25: | 14 |
| INTEREST PAID 2025: | $0.41 | ANNUAL PERCENTAGE YIELD EARNED: | .01% |



**STURDY** Savings Bank    WITHDRAWAL

Date 12/19/25

Name Jay Gillian

One thousand — 00/100          $ 1,000.—

042

‖550120003‖

0   $1,000.00   12/19/2025

---

**STURDY** Savings Bank    WITHDRAWAL

Date 12/22/25

Name Jay Gillian

Five hundred dollars          $ 500.00

042

‖550120003‖

0   $500.00   12/22/2025

---

**STURDY** Savings Bank    WITHDRAWAL

Date 12/30/25

Name Jay Gillian

One thousand eight hundred fifty three —50/100     1853.50

061

‖550120003‖

0   $1,853.50   12/30/2025

---

JAY A GILLIAN
MICHELE H GILLIAN
PO BOX 1
OCEAN CITY, NJ 08226                          1210

12/11/2025

PAY TO THE ORDER OF   Cystic Fibrosis Foundation          $ **150.00

One Hundred Fifty Only——                         DOLLARS

Cystic Fibrosis Foundation

MEMO

⑈001210⑈ ‖231271204‖

1210   $150.00   12/26/2025



**OCEANFIRST** BANK   975 Hooper Avenue
Toms River, NJ 08753

## Statement Ending 12/31/2025

Jay A Gillian                                         Page 1 of 2
Customer Number: XXXXXXX8692

### Managing Your Accounts

| | Phone Number | 1.888.623.2698 |
|---|---|---|
| | Mailing Address | 975 Hooper Avenue<br>Toms River, NJ 08753 |
| | Online Access | Oceanfirst.com |

JAY A GILLIAN
DEBTOR IN POSSESSION
CHAPTER 11 CASE 25-22827-JNP
PO BOX 1
OCEAN CITY NJ 08226-0001

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREESTYLE CHECKING | XXXXXXX8692 | $2,600.00 |

## FREESTYLE CHECKING - XXXXXXX8692

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/29/2025 | Beginning Balance | $0.00 |
| | 2 Credit(s) This Period | $2,600.00 |
| | 0 Debit(s) This Period | $0.00 |
| 12/31/2025 | Ending Balance | $2,600.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $0.00 |
| 12/29/2025 | Beginning Balance | | | |
| 12/29/2025 | DEPOSIT | | $100.00 | $100.00 |
| 12/30/2025 | DEPOSIT | | $2,500.00 | $2,600.00 |
| 12/31/2025 | Ending Balance | | | $2,600.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12/29/2025 | $100.00 | 12/30/2025 | $2,600.00 |



Member
**FDIC**

FREESTYLE CHECKING   8704        OCEANFIRST BANK                          2/17/2026 2:07:56 PM
Printed by: Amy Cross-Petrov                                             Reporting Institution: 1

## *Demand Deposit*   *8704 - Michele B Gillian (32092289)*

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| Michele B Gillian (32092289) | Owner/Signer | *** **, **** | ********** | SSN ***-**-**** |
| Debtor in Possession (32092289-1) | Owner/Signer | *** **, **** | ********** | SSN ***-**-**** |
| Chapter 11 Case 25-22827-JNP (32092289-2) | Owner/Signer | *** **, **** | ********** | SSN ***-**-**** |

5 Marlin Court (19256993)
Ocean CIty NJ 08226

Additional Relationships
Tax Name: Michele B Gillian (32092289)
See Mailing Information

## *All Transactions*

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Feb 13, 2026 | XX2346 PURCHASE-SIG -Dentist 02/12 AESTHETIC AND CO LINWOOD NJ 2642001 090992 | $145.35 | | $2,819.59 |
| Feb 13, 2026 | DEPOSIT | | $1,420.06 | $2,964.94 |
| Feb 13, 2026 | DEPOSIT | | $1,420.05 | $1,544.88 |
| Feb 11, 2026 | XX2346 PURCHASE-SIG 02/10 PLATINUM CARWASH SOMERS POINT NJ 00010001 002900 | $18.12 | | $124.83 |
| Feb 11, 2026 | XX2346 PURCHASE-SIG 02/10 CMS MEDICARE INS 800-633-4227 MD 17392154 092154 | $608.70 | | $142.95 |
| Feb 09, 2026 | XX2346 PURCHASE-SIG 02/07 TST BENNIE'S BR OCEAN CITY NJ 04181081 081081 | $13.36 | | $751.65 |
| Feb 09, 2026 | XX2346 PURCHASE-SIG 02/07 TST BENNIE'S BR OCEAN CITY NJ 04181099 081099 | $14.24 | | $765.01 |
| Feb 09, 2026 | XX2346 PURCHASE-SIG 02/05 KILWINS - OCEAN OCEAN CITY NJ 04525893 031398 | $23.66 | | $779.25 |
| Feb 09, 2026 | XX2346 PURCHASE-SIG 02/08 TST BENNIE'S BR OCEAN CITY NJ 80701969 001969 | $81.75 | | $802.91 |
| Feb 09, 2026 | XX2346 PURCHASE-SIG 02/07 SP BABYLIST CHECKOUT.BABY CA HOTFQHXV 064672 | $90.63 | | $884.66 |
| Feb 09, 2026 | XX2346 PURCHASE-PIN 02/06 ACME 0831 SOMERS POINT NJ 22632653 595787 | $167.89 | | $975.29 |
| Feb 06, 2026 | NJM Insurance Web Pay 000001816419702 | $3,257.00 | | $1,143.18 |
| Feb 06, 2026 | XX2346 PURCHASE-SIG 02/04 AMAZON MARK 5S2 AMAZON.COM/MA WA ETEST1UC 082010 | $265.30 | | $4,400.18 |
| Feb 05, 2026 | XX2346 PURCHASE-SIG 02/03 DIORIO'S BAR & G SOMERS POINT NJ 77303465 038985 | $35.72 | | $4,665.48 |
| Feb 05, 2026 | XX2346 PURCHASE-SIG 02/03 LANDS END 800-332-4700 WI 00000000 008277 | $39.97 | | $4,701.20 |

| | FREESTYLE CHECKING | 8704 | OCEANFIRST BANK | | 2/17/2026 2:07:56 PM |
|---|---|---|---|---|---|

Printed by: Amy Cross-Petrov

Reporting Institution: 1

| | Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|---|
| ⊞ | Feb 05, 2026 | XX2346 PURCHASE-SIG 02/04 WAWA 8324 SOMERS POINT NJ 0000004 006485 | $69.82 | | $4,741.17 |
| ⊞ | Feb 05, 2026 | XX2346 ATM WITHDRAWAL 02/05 1001 ASBURY AVE. OCEAN CITY, NJ BANJ0237 004655 | $75.00 | | $4,810.99 |
| ⊞ | Feb 05, 2026 | XX2346 PURCHASE-SIG 02/04 SP OBAGI OBAGI.COM CA 1WK2C5HG 066721 | $271.89 | | $4,885.99 |
| ⊞ | Feb 04, 2026 | DEPOSIT | | $1,420.03 | $5,157.88 |
| ⊞ | Feb 03, 2026 | XX2346 PURCHASE-SIG 02/03 AMAZON DIGI TN2 WWW.AMAZON.CO WA DQDEYX8B 083009 | $3.19 | | $3,737.85 |
| ⊞ | Feb 03, 2026 | XX2346 PURCHASE-PIN 02/02 CVS/PHARMACY #00 OCEAN CITY NJ 99999999 837903 | $67.16 | | $3,741.04 |
| ⊞ | Feb 02, 2026 | XX2346 PURCHASE-SIG 01/30 UNCLE BILL'S PAN OCEAN CITY NJ 76158735 060005 | $10.86 | | $3,808.20 |
| ⊞ | Jan 30, 2026 | XX2346 PURCHASE-SIG 01/29 TOKYO MANDARIN MARMORA NJ 33909603 072115 | $14.39 | | $3,819.06 |
| ⊞ | Jan 30, 2026 | XX2346 ATM WITHDRAWAL 01/30 1001 ASBURY AVE. OCEAN CITY, NJ BANJ0237 004404 | $165.00 | | $3,833.45 |
| ⊞ | Jan 29, 2026 | XX2346 PURCHASE-SIG 01/28 NJ MOTOR VEHICLE NEWJERSEY.GOV NJ 00000000 043027 | $66.48 | | $3,998.45 |
| ⊞ | Jan 29, 2026 | XX2346 PURCHASE-SIG 01/28 CMS MEDICARE INS 800-633-4227 MD 24329884 029884 | $997.70 | | $4,064.93 |
| ⊞ | Jan 29, 2026 | DEPOSIT | | $1,420.05 | $5,062.63 |
| ⊞ | Jan 21, 2026 | XX2346 PURCHASE-SIG 01/21 AMAZON DIGI 639 WWW.AMAZON.CO WA DQDEYX8B 051063 | $3.19 | | $3,642.58 |
| ⊞ | Jan 20, 2026 | XX2346 PURCHASE-SIG 01/16 AMAZON MKTPL M69 Am n.com/bill WA 00000000 047774 | $36.22 | | $3,645.77 |
| ⊞ | Jan 20, 2026 | XX2346 PURCHASE-PIN 01/16 CASELS'S MARGATE CITY NJ 06909003 919548 | $92.06 | | $3,681.99 |
| ⊞ | Jan 20, 2026 | XX2346 PURCHASE-SIG 01/18 LANDS END 800-332-4700 WI 00000000 014474 | $214.86 | | $3,774.05 |
| ⊞ | Jan 16, 2026 | XX2346 PURCHASE-PIN 01/16 ACME 2649 OCEAN CITY NJ 22896602 144929 | $55.96 | | $3,988.91 |
| ⊞ | Jan 16, 2026 | DEPOSIT | | $1,420.07 | $4,044.87 |
| ⊞ | Jan 16, 2026 | Deposit | | $967.00 | $2,624.80 |
| ⊞ | Jan 14, 2026 | XX2346 PURCHASE-SIG 01/13 CMS MEDICARE INS 800-633-4227 MD 25228143 028143 | $997.70 | | $1,657.80 |
| ⊞ | Jan 13, 2026 | XX2346 PURCHASE-SIG 01/12 SP TAO CLEAN TAOCLEAN.COM UT DNDTTKXL 084045 | $221.73 | | $2,655.50 |
| ⊞ | Jan 12, 2026 | DEPOSIT | | $2,777.23 | $2,877.23 |

FREESTYLE CHECKING        '8704            OCEANFIRST BANK                          2/17/2026 2:07:56 PM
Printed by: Amy Cross-Petrov                                                        Reporting Institution: 1

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Dec 29, 2025 | Deposit | | $100.00 | $100.00 |